Catherine A. Connelly, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Tomas Martinez–Castelo challenges the sentence the district court [1] imposed after he pleaded guilty to conspiring to distribute and aiding and abetting the distribution of methamphetamine, in violation of 21 U.S.C. § § 841(a)(1), (b)(1)(A), 846, and 18 U.S.C. § 2. Counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting that the district court erred in not considering imposition of a sentence below the statutory minimum.

We find that the sentence, which was at the bottom of the advisory Guidelines range and was based on proper 18 U.S.C. § 3553(a) factors, is reasonable. *See* 18 U.S.C. § 3553(a)(1), (2)(A)–(C); *United States v. Lincoln,* 413 F.3d 716, 717 (8th Cir.2005) (sentence at bottom of Guidelines range is presumptively reasonable); *see also Rita v. United States,* 551 U.S. 338, 127 S.Ct. 2456, 2462, 168 L.Ed.2d 203 (2007) (approving appellate presumption); *United States v. Haack,* 403 F.3d 997, 1003–04 (8th Cir.2005) (reasonableness of sentence reviewed for abuse of discretion; defining ways in which abuse of discretion may occur).

Having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Therefore, we grant counsel's motion to withdraw, and we affirm.

**Reginald MORGAN, Appellant,**

v.

**Johnny FORD; Missouri Department of
Mental Health; Dr. Dorn Schuffman;
Laurent Javois; Dr. Keith Schafer,
Appellees.**

No. 07–3586.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 1, 2009.

Filed: May 5, 2009.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

Fredericka B. Jura, John S. Kingston, Thompson & Coburn, St. Louis, MO, for Plaintiff–Appellant.

Reginald Morgan, St. Louis, MO, pro se.

Chanekka Shantez Buckingham, Joshua Worthington, Attorney General's Office, St. Louis, MO, for Defendant–Appellee.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Reginald Morgan appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, *see Ramlet v. E.F. Johnson Co.,* 507 F.3d 1149, 1152 (8th Cir.2007), we find no basis for reversal, and we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.